IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

KAREEM WIGGS,     *

       Plaintiff,     *
v.     Case No. 1:18-CV-31 (WLS)
    *
NASA HEADQUARTERS, et al.,
    *
       Defendants.
_____     *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 16, 2018, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 16th day of March, 2018.

                                       David W. Bunt, Clerk

                                       s/ M. Danielle Morrow, Deputy Clerk